# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2015

## NO. 03-14-00455-CV

**Canario's Inc., Appellant**

**v.**

**City of Austin, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on June 25, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order granting the City of Austin's plea to the jurisdiction and remands the case to the trial court for further proceedings. The City of Austin shall pay all costs relating to this appeal, both in this Court and the court below.